2778. FULTON BAG & COTTON MILLS v. BOOZE.

HILL, C. J. Exceptions to the answer of the magistrate, "filed in writing, specifying the defects, and notice thereof given to the opposite part, *before the case is called in its order for a hearing*," are filed in time; and where these requirements of the statute have been complied with, the judge of the superior court erred in refusing to allow the exceptions because they were "*not filed at the first term.*" Civil Code of 1895, § 4647; *Thomas* v. *State*, 7 *Ga. App.* 637 (67 S. E. 894); *Ford* v. *Toomer*, 116 *Ga.* 795 (43 S. E. 45).                    *Judgment reversed.*

DECIDED NOVEMBER 29, 1910.

Certiorari; from Fulton superior court—Judge Pendleton. May 19, 1910.

*Slaton & Phillips, Virlyn B. Moore*, for plaintiff in error.

*J. E. & L. F. McClelland*, contra.